IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV487

| | |
|---|---|
| SECURITIES AND EXCHANGE COMM. ) | |
| ) | |
| ) | **ORDER GRANTING** |
| ) | **MOTION FOR ADMISSION** |
| Plaintiff, ) | **PRO HAC VICE** |
| v. ) | |
| ) | |
| VINCENT A. LENARCIC, JR. and ) | |
| NEW VISION INVESTMENT FUNDS, ) | |
| LLC, and QMA INVESTMENT ) | |
| MANAGEMENT, LLC., ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court upon the motion of Defendants to allow Julie M. O'Daniel to appear *Pro Hac Vice*, filed March 7, 2006.

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. O'Daniel has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 9, 2006

Graham C. Mullen
United States District Judge