IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV487

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VINCENT A. LENARCIC, JR., and NEW VISION INVESTMENT FUNDS, LLC, | ) ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| QMA INVESTMENT MANAGEMENT, LLC, | ) | |
| | ) | |
| Relief Defendant. | ) | |

This matter is before the court upon Defendants' Motion to Set Aside Entry of Default and Alternative Motion for Extension of Time to Respond to Motion for Default Judgment. For good cause shown, and with no objection having been filed by the Plaintiff,

IT IS THEREFORE ORDERED that Defendants' Motion to Set Aside Entry of Default is hereby GRANTED, and Defendants are hereby directed to file their Answer forthwith;

IT IS FURTHER ORDERED that Plaintiff's Motion for Default Judgment is hereby DENIED; and

IT IS FURTHER ORDERED that Defendants' Alternative Motion for Extension of Time is hereby DENIED AS MOOT.

Signed: April 17, 2006

Graham C. Mullen
United States District Judge